12.14.15

To: The clerk of the Court of Criminal Appeals.

I would like a copy of my docket sheet in CAUSE # No 06-13-00-145 CR

I filed timely P.D.R. and mailed it on October 13, 2014, through polunsky unit Law Library (mail Room). I would like to know the status of my P.D.R. in this cause.

Your assistance in this matter will be greatly appreciated

Sincerly,

Billy Bob Willingham
#1874584

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk